**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| MONICA KONITZER, | ) | |
| | ) | Case No. 2:25-cv-111 |
| *Plaintiff*, | ) | |
| | ) | Judge Atchley |
| v. | ) | |
| | ) | Magistrate Judge Dumitru |
| COMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| | ) | |
| *Defendant*. | ) | |

# ORDER

On August 4, 2026, United States Magistrate Judge Mike J. Dumitru filed an Amended Report and Recommendation [Doc. 28] pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 09-01. The Magistrate Judge recommends that Plaintiff's Motion for Attorney Fees [Doc. 24] be granted in part and denied in part. Neither party filed an objection to the Report and Recommendation and the time to do so has now passed.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Dumitru's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Dumitru's findings of fact and conclusions of law as set forth in the Amended Report and Recommendation [Doc. 28]. Plaintiff's Motion for Attorney Fees [Doc. 24] is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the Motion is **GRANTED** pursuant to 28 U.S.C. § 2412 to the extent that Plaintiff

[1] The Magistrate Judge advised that the parties had 14 days in which to object to the Amended Report and Recommendation and that failure to do so would waive any right to appeal. (Doc. 28 at 6 n.3); *see* FED. R. CIV. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

seeks an award for 23.7 hours of attorney work at $239/hour ($5,664.30) and 6 hours of paralegal work at $125/hour ($750), for a total award of $6,414.30. This amount must be paid to Plaintiff and not to Plaintiff's counsel as it may be subject to an offset to satisfy a pre-existing debt that Plaintiff owes the United States, and it will be left to the United States to determine whether to honor any assignment of fees by Plaintiff to her attorney.

The Motion is **DENIED** to the extent Plaintiff seeks an award of $255/hour as to part of the work performed.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**